UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-cv-773

KALYPSO MEDIA GROUP GmbH,

Plaintiff,

v.

RADIOACTIVE-SOFTWARE, LLC,

Defendant.

**ORDER**

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND WITHDRAWAL OF MOTION FOR ENTRY OF DEFAULT

Upon consideration of the Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and Withdrawal of Motion for Entry of Default, the Court understands that Plaintiff has withdrawn its pending motion (D.E. 9) and believes the Motion for an Extension should be GRANTED

It is therefore ORDERED that the deadline for Defendant to file an answer or other response to the Complaint is extended up to and including November 29, 2016.

_____

Julie Richards Johnston
Clerk of Court